CITY OF NEW YORK, Appellant, v. CROWN CRANE RENTAL CO., INC., et al., Respondents. JOHN J. MCINERNEY, Respondent, v. CROWN CRANE RENTING CO., INC., et al., Respondents.— Appeal from order entered on or about April 25, 1962, dismissed, with $20 costs and disbursements to the respondent. Since the motion was one for reargument the order denying the motion is not appealable (see *Polito* v. *Town of Babylon*, 5 A D 2d 877). Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

In the Matter of JULIANA OPPERMAN. JULIANA OPPERMAN, Appellant, v. MANHATTAN STATE HOSPITAL, Respondent.— Final order entered May 2, 1962, recertifying appellant's son to Manhattan State Hospital as a mentally ill person, unanimously affirmed, without costs and without prejudice to a proceeding under section 87 of the Mental Hygiene Law. Concur — Breitel, J. P., Rabin, Stevens, Steuer and Bergan, JJ.